**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

John B. Leopard, Claimant, Appellant,

v.

Greenwood County and S.C. Association of Counties SIF, Respondents.

Appellate Case No. 2012-212169

———————————

Appeal From The Workers' Compensation Commission

———————————

Unpublished Opinion No. 2013-UP-229
Heard May 15, 2013 – Filed May 29, 2013

———————————

**AFFIRMED**

———————————

Lena Younts Meredith, of Nicholson, Meredith and Anderson, LLC, of Greenwood, for Appellant.

Richard B. Kale, Jr., of Willson Jones Carter & Baxley, P.A., of Greenville, for Respondents.

———————————

**PER CURIAM:** John Leopard appeals the South Carolina Workers' Compensation Commission Appellate Panel's (Appellate Panel) order, arguing the Appellate Panel erred in (1) finding he did not suffer a change of condition, (2) relying on the testimony of Dr. Shallcross, and (3) finding the testimony of Drs. Poletti and Reddick was not credible. We affirm pursuant to Rule 220(b), SCACR,

and the following authority: *Bartley v. Allendale Cnty. Sch. Dist.*, 392 S.C. 300, 306, 709 S.E.2d 619, 622 (2011) ("[T]his Court must affirm the findings of fact made by the [Appellate Panel] if they are supported by substantial evidence. . . . Substantial evidence is that evidence which, in considering the record as a whole, would allow reasonable minds to reach the conclusion the [Appellate Panel] reached." (citations and quotation marks omitted)).

**AFFIRMED.**

**FEW, C.J., and GEATHERS and LOCKEMY, JJ., concur.**